## BURKS ET AL. *vs.* DICKSON.

HELD, that a writ of error, tested and signed by H. Haralson, who had, previous to its date, ceased to be clerk of this court, was void; and case dismissed, for want of jurisdiction.